De Hart v. Covenhoven.

## DE HART *against* COVENHOVEN.

A reference of a cause will not be granted, if it appears that law questions will arise.

BOGARDUS, for the plaintiff, moved for a reference of this cause, on the usual affidavit.

*Morton,* contra, read an affidavit, stating that several important questions of law would arise in the cause.

*Per Curiam.* As the trial will involve the decision of law questions, the motion must be denied.

Motion denied.(*a*)(*b*)

(*a*) [Old note.] See *Low* v. *Hallett,* 3 Caines Rep. 82. *Adams* v. *Bayles,* 2 Johns. Rep. 374.

(*b*) See *Adams* v. *Bayles,* 2 Johns. Rep. 374. But the court must be satisfied that the questions will be of real difficulty. (*Anon.* 5 Cowen, 423. See also Graham's Practice, 2d ed. 572, and cases there cited.)